IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN E. SCHWEITER,          ) | |
| ) | |
| Petitioner,          ) | Case No. CV 05-286-N-LMB |
| ) | |
| v.          ) | |
| ) | JUDGMENT |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION,          ) | |
| ) | |
| Respondent.          ) | |
| _____) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **August 23, 2006**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge